# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0857

_____

CHASE ANDERSON ROMAGNANO,

    Appellant,

    v.

PAMELA LYNN CHILDERS, DAVID STAFFORD, Supervisor of Elections of Escambia County, member of the Escambia County Canvassing Board in 2020, CHRIS HEANEY, Deputy Supervisor of Elections of Escambia County, KEELIE SEKERKA, employee, Escambia County Supervisor of Elections Office, DAVID MORGAN, Sheriff of Escambia County 2009-2021, CHIP SIMMONS, Sheriff of Escambia County, KERRA SMITH, Judge of the 1st Judicial Circuit, member of the Escambia County Canvassing Board General Election 2020, GROVER CLEVELAND ROBINSON IV, Mayor of Pensacola 2018-2022, alternate of the Escambia County Canvassing Board General Election 2020, ROBERT BENDER, Escambia County Commissioner District 4, member of the Escambia County Canvassing Board General

Election 2020, and AMY PRICE
BRODERSEN, County Judge,
Escambia County, alternate of
the Escambia County
Canvassing Board General
Election 2020,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
John Jay Gontarek, Judge.


December 28, 2023

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Chase Anderson Romagnano, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee Pamela Lynn Childers.